IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Gregory A. Smith,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:11-cv-897

JUDGE MICHAEL H. WATSON
Magistrate Judge Kemp

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on June 6, 2012. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. The plaintiff's statement of errors is **OVERRULED** and this action is hereby **DISMISSED**. The Clerk shall enter judgment in favor of the defendant Commissioner of Social Security.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT