# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

Gregory A. Smith,

     Plaintiff,

    v.                                   Case No. 2:11-cv-897

                                          JUDGE MICHAEL H. WATSON

Commissioner of Social Security,           Magistrate Judge Kemp

     Defendant.

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on June 6, 2012. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. The plaintiff's statement of errors is **OVERRULED** and this action is hereby **DISMISSED**. The Clerk shall enter judgment in favor of the defendant Commissioner of Social Security.

     IT IS SO ORDERED.

                                                      MICHAEL H. WATSON, JUDGE
                                                      UNITED STATES DISTRICT COURT